# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH FALGOUT, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF
OF K&R HEATING & AIR
CONDITIONING, LLC

VERSUS

RONNIE BUQUET, RONNIE'S
HEATING AND AIR, LLC AND K&R
HEATING & AIR CONDITIONING,
LLC

NO.  2025 CW 0968

**DECEMBER 11, 2025**

---

In Re:    Ronnie Buquet and Ronnie's Heating and Air, LLC,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 197388 c/w 198083 c/w
198719.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT